UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/04
```

**Lydia Garcia,** *individually and on behalf of all others similarly situated,*

                **Plaintiffs.**

-V-

**Jakks Pacific, Inc., et al,**

                **Defendants.**

Case No.
04-cv-8807 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

      ORDERED, that counsel appear for a status conference on January 25, 2005 at noon in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

      The defendants time to answer the complaint is hereby stayed until the Court enters a scheduling order at the time of this conference.

      Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: December 23, 2004
      New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

**Counsel for the Plaintiff shall confirm that all parties are aware of this conference.**