**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYDIA GARCIA, Individually and on behalf of all others similarly situated, : | : Case No. 04-cv-08807 (KMK) |
| Plaintiff, : | : |
| : | CLASS ACTION |
| vs. : | : |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, : | : |
| Defendants. : | : |
| QUANTUM EQUITIES, L.L.C., Individually and on behalf of all others similarly situated, : | : Case No. 04-cv-08877 (KMK) |
| Plaintiff, : | : |
| : | CLASS ACTION |
| vs. : | : |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, : | : |
| Defendants. : | : |

**(Additional Captions Set Forth Below)**

**NOTICE OF MOTION OF THE TUCKER GROUP FOR CONSOLIDATION,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD**
**COUNSEL**

| | | |
|---|---|---|
| JAMES T. KAHN, On behalf of himself and all others similarly situated, | : :<br>: | Case No. 04-cv-08910 (KMK) |
| Plaintiff, | :<br>: | <u>CLASS ACTION</u> |
| vs. | :<br>: | |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, | :<br>: | |
| Defendants. | :<br>: | |
| JONCO INVESTORS, LLC, Individually and on behalf of all others similarly situated, | :<br>:<br>: | Case No. 04-cv-09021 (KMK) |
| Plaintiff, | :<br>: | CLASS ACTION |
| vs. | :<br>: | |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, | :<br>: | |
| Defendants. | :<br>: | |
| JAMES IRVINE, Individually and on behalf of all others similarly situated, | :<br>:<br>: | Case No. 04-cv-09078 (KMK) |
| Plaintiff, | :<br>: | CLASS ACTION |
| vs. | :<br>: | |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, | :<br>: | |
| Defendants. | :<br>: | |

PLEASE TAKE NOTICE that class members Kenneth J. Tucker, Scott L. Pearlstone, Trudy Fanning, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker Group") by their counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY, for an Order: (i) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing the Tucker Group as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii); (iii) approving the Tucker Group's selection of the law firm of Milberg Weiss Bershad & Schulman LLP to serve as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, the Tucker Group submits herewith a Memorandum of Law, [Proposed] Order and the Declaration of Andrei V. Rado dated January 4, 2005.

DATED: January 4, 2005

Respectfully submitted,
**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: _____/s/_____
Steven G. Schulman  (SS-2561)
Peter E. Seidman (PS-8769)
Andrei V. Rado (AR-3724)
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

**THE BRUALDI LAW FIRM**
Richard B. Brualdi
29 Broadway, Suite 2400
New York, NY  10006
Tel:  (212) 952-0602
Fax:  (212) 952-0608

**Plaintiff's Counsel**

## <u>CERTIFICATE OF SERVICE BY ATTORNEY</u>

I, Andrei V. Rado, an associate with the law firm Milberg Weiss Bershad & Schulman

LLP, hereby certify that I caused a true and correct copy of the following to be served by regular

U.S. Mail to all parties listed on the attached service list on this 4th day of January 2005.

1.  MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE
    TUCKER GROUP FOR CONSOLIDATION, APPOINTMENTAS LEAD
    PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;

2.  [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING
    LEAD PLAINTIFF AND LEAD COUNSEL;

3.  NOTICE OF MOTION OF THE TUCKER GROUP FOR CONSOLIDATION,
    APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
    OF LEAD COUNSEL; and

4.  DECLARATION OF ANDREI V. RADO IN SUPPORT OF THE MOTION OF
    THE TUCKER GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD
    PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.


                                    _____/s/_____
                                         Andrei V. Rado

**JAKKS PACIFIC, INC.**
04-CV-8807 (S.D.N.Y.)

**Service List**

| | |
|---|---|
| *Counsel for Plaintiffs* | |
| Samuel H. Rudman<br>David A. Rosenfeld<br>**LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>200 Broadhollow Road, Ste. 406<br>Melville, NY 11747<br>Tel.:(631) 367-7100<br>Fax: (631) 367-1173 | Frederick T. Isquith<br>Christopher S. Hinton<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600<br>Fax: (212) 545-4653 |
| Louis F. Burke<br>**LOUIS F. BURKE P.C.**<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel.: (212) 682-7200<br>Fax: (212) 808-4280 | Ken H. Chang<br>Marian P. Rosner<br>Michael Adam Schwartz<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 451-9667<br>Fax: (212) 486-2093 |
| Marc A. Topaz<br>Richard A. Maniskas<br>**SCHIFFRIN & BARROWAY**<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | Eric James Belfi<br>**MURRAY, FRANK & SAILER, LLP**<br>275 Madison Avenue, Ste. 801<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 |
| Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICE OF ALFRED G. YATES JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 391-5164 | Richard B. Brualdi<br>**The Brualdi Law Firm**<br>29 Broadway, Suite 2400<br>New York, NY 10006<br>Tel.: (212) 952-0602<br>Fax: (212) 952-0608 |

*Counsel for Defendants*

| John R. Williams<br>**SCHWEITZER COMMAN GROSS & BONDELL LLP**<br>292 Madison Avenue<br>New York, NY 10017<br>Tel: (646) 424-0770 | Isaac S. Greaney<br>**SIDLEY AUSTIN BROWN & WOOD**<br>787 7th Avenue, 22nd Floor<br>New York, NY 10019<br>Tel.: (212) 906-2000 |
|---|---|

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LYDIA GARCIA, Individually and on behalf of all others similarly situated, | : <br> : <br> :   Case No. 04-cv-08807 (KMK) <br> : |
|           Plaintiff, | : <br> :   <u>CLASS ACTION</u> <br> : |
|    vs. | : <br> : |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, | : <br> : <br> : |
|          Defendants. | : <br> : |
| QUANTUM EQUITIES, L.L.C., Individually and on behalf of all others similarly situated, | : <br> : <br> :   Case No. 04-cv-08877 (KMK) <br> : |
|           Plaintiff, | : <br> :   CLASS ACTION <br> : |
|    vs. | : <br> : |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, | : <br> : <br> : |
|          Defendants. | : <br> : |

**(Additional Captions Set Forth Below)**

**[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD**
**<u>PLAINTIFF AND LEAD COUNSEL</u>**

|  |  |
|---|---|
| JAMES T. KAHN, On behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>                              Defendants. | Case No. 04-cv-08910 (KMK)<br><br>CLASS ACTION |
| JONCO INVESTORS, LLC, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>                              Defendants. | Case No. 04-cv-09021 (KMK)<br><br>CLASS ACTION |
| JAMES IRVINE, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>                              Defendants. | Case No. 04-cv-09078 (KMK)<br><br>CLASS ACTION |

Upon consideration of the motions and supporting papers filed by Kenneth J. Tucker,

Scott L. Pearlstone, Trudy Fanning, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker

Group") and the other movants for lead plaintiff in the above-captioned action and for good

cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion of the Tucker Group is **GRANTED**;

2.    The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P.

42(a);

3.    Kenneth J. Tucker, Scott L. Pearlstone, Trudy Fanning, Tonia R. Tucker-Kraus and

Michael Kraus are hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action,

pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii).

4.    The law firm of Milberg Weiss Bershad & Schulman LLP is hereby **APPOINTED**

to serve as Lead Counsel for the Class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

SO ORDERED.

DATED: _____, 2005                    _____

                                                 UNITED STATES DISTRICT
                                                 JUDGE