William Bernarduci (WB 5785)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:  (860) 493-6290


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

| | | |
|---|---|---|
| LYDIA GARCIA, individually and on behalf of all others similarly situated, | : | **Case No. 04-CV-8807-KMK** |
| | : | |
| Plaintiff, | : | **NOTICE OF MOTION OF** |
| | : | **ALLAN SCHRAGER FOR** |
| v. | : | **APPOINTMENT OF LEAD PLAINTIFF** |
| | : | **AND APPROVAL OF COUNSEL** |
| | : | |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN G. BERMAN, and JOEL M. BENNETT, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------x
-----------------------------------------------------x

| | | |
|---|---|---|
| QUANTUM EQUITIES L.L.C., individually and on behalf of all others similarly situated, | : | **Case No. 04-CV-8877-KMK** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN G. BERMAN, and JOEL M. BENNETT, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------x

```
---------------------------------------------------x
JAMES T. KAHN, individually and on        :
behalf of all others similarly situated,   :        Case No. 04-CV-8910-KMK
                                           :
            Plaintiff,                     :
                                           :
v.                                         :
                                           :
                                           :
JAKKS PACIFIC, INC., JACK                  :
FRIEDMAN, STEPHEN G. BERMAN,               :
and JOEL M. BENNETT,                       :
                                           :
            Defendants.                    :
---------------------------------------------------x
---------------------------------------------------x
JONCO INVESTORS, LLC, individually        :
and on behalf of all others similarly      :        Case No. 04-CV-9021-KMK
situated,                                  :
                                           :
            Plaintiff,                     :
                                           :
v.                                         :
                                           :
                                           :
JAKKS PACIFIC, INC., JACK                  :
FRIEDMAN, STEPHEN G. BERMAN,               :
and JOEL M. BENNETT,                       :
                                           :
            Defendants.                    :
---------------------------------------------------x
```

```
-------------------------------------------------x
JAMES IRVINE, individually and on          :
behalf of all others similarly situated,   :          **Case No. 04-CV-9078-KMK**
                                           :
            Plaintiff,                     :
                                           :
v.                                         :
                                           :
                                           :
JAKKS PACIFIC, INC., JACK                  :
FRIEDMAN, STEPHEN G. BERMAN,               :
and JOEL M. BENNETT,                       :
                                           :
            Defendants.                    :
-------------------------------------------------x
```

PLEASE TAKE NOTICE that on the Declaration of William Bernarduci dated January 4, 2005, and the exhibits thereto, and on the accompanying memorandum of law, proposed Lead Plaintiff Allan Schrager will move this Court at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, Courtroom 21D on January 25, 2005 for an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), (i) appointing Mr. Schrager as a Lead Plaintiff in this action on behalf of investors who purchased or otherwise acquired the publicly traded securities of JAKKS Pacific, Inc. during the relevant class period (the "Class") and (ii) approving Mr. Schrager's selection of Schatz & Nobel, P.C. as Lead Counsel.

Dated: January 4, 2005                    Respectfully submitted,

                                          **SCHATZ & NOBEL, P.C.**


                                          By: /s/ William Bernarduci
                                              William Bernarduci (WB 5785)
                                              One Corporate Center
                                              20 Church Street, Suite 1700
                                              Hartford, Connecticut  06103
                                              Tel.:  (860) 493-6292
                                              Fax:   (860) 493-6290

Of Counsel:
Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:   (860) 493-6290