William Bernarduci (WB 5785)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:   (860) 493-6290

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
LYDIA GARCIA, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN G. BERMAN, and JOEL M. BENNETT,

        Defendants.
---------------------------------------------------------x

**Case No. 04-CV-8807-KMK**

**[PROPOSED] ORDER APPOINTING ALLAN SCHRAGER AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

```
----------------------------------------------------x
QUANTUM EQUITIES L.L.C., individually :
and on behalf of all others similarly       :       Case No. 04-CV-8877-KMK
situated,                                   :
                                            :
              Plaintiff,                    :
                                            :
v.                                          :
                                            :
                                            :
JAKKS PACIFIC, INC., JACK                   :
FRIEDMAN, STEPHEN G. BERMAN,                :
and JOEL M. BENNETT,                        :
                                            :
              Defendants.                   :
----------------------------------------------------x


----------------------------------------------------x
JAMES T. KAHN, individually and on          :
behalf of all others similarly situated,    :       Case No. 04-CV-8910-KMK
                                            :
              Plaintiff,                    :
                                            :
v.                                          :
                                            :
                                            :
JAKKS PACIFIC, INC., JACK                   :
FRIEDMAN, STEPHEN G. BERMAN,                :
and JOEL M. BENNETT,                        :
                                            :
              Defendants.                   :
----------------------------------------------------x
```

```
------------------------------------------------------x
JONCO INVESTORS, LLC, individually    :
and on behalf of all others similarly :    Case No. 04-CV-9021-KMK
situated,                             :
                                      :
            Plaintiff,                :
                                      :
v.                                    :
                                      :
                                      :
JAKKS PACIFIC, INC., JACK             :
FRIEDMAN, STEPHEN G. BERMAN,          :
and JOEL M. BENNETT,                  :
                                      :
            Defendants.               :
------------------------------------------------------x
------------------------------------------------------x
JAMES IRVINE, individually and on     :
behalf of all others similarly situated, :  Case No. 04-CV-9078-KMK
                                      :
            Plaintiff,                :
                                      :
v.                                    :
                                      :
                                      :
JAKKS PACIFIC, INC., JACK             :
FRIEDMAN, STEPHEN G. BERMAN,          :
and JOEL M. BENNETT,                  :
                                      :
            Defendants.               :
------------------------------------------------------x
```

WHEREAS, by his January 4, 2005 Motion, proposed Lead Plaintiff Allan Schrager moved for his appointment as a "lead plaintiff" in the above Class Actions and for approval of Mr. Schrager's selection of Schatz & Nobel, P.C. as Lead Counsel;

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that Mr. Schrager is the "most adequate plaintiff";

NOW THEREFORE, based upon the Declaration of William Bernarduci, the exhibits thereto, and the memorandum of law in support of Mr. Schrager's Motion;

IT IS HEREBY ORDERED that

1. Mr. Schrager is appointed as Lead Plaintiff; and

2. Mr. Schrager's selection of Schatz & Nobel, P.C. as Lead Counsel is hereby approved.

DATED: _____, 2005         SO ORDERED:

_____
HON. KENNETH M. KARAS