USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Lydia Garcia,** *individually and on behalf of all others similarly situated,*

          **Plaintiffs.**

-v-

**Jakks Pacific, Inc., et al,**

          **Defendants.**

Case No. 04-cv-8807 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      Counsel for the parties are scheduled to appear before the Court for a status conference at noon on January 25, 2005.

      The Court is aware that certain plaintiffs seek to move to serve as lead plaintiffs in this and other related cases. (*See* Letter from Alba to Judge Karas of Jan. 3, 2005, attached to this Order.) Accordingly, it is hereby

      ORDERED that the time to file lead plaintiff motions is stayed until the January 25, 2005 conference. It is further

      ORDERED that counsel seeking to file such motions must submit a pre-motion letter consistent with the Court's Individual Practices no later than **Wednesday, January 12, 2005**. It is further

      ORDERED that any party opposing the motion shall submit a response letter no later than **Monday, January 17, 2005**.

      The Court will address any letters filed at the status conference on January 25, 2005, which it will treat as a pre-motion conference, and will set a briefing schedule, if appropriate, at that time.

SO ORDERED.

Dated:    January 4, 2005
            New York, New York

                                  KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE

**Counsel for the Plaintiff shall confirm that all parties are aware of this conference.**

**LERACH**
**COUGHLIN**
**STOIA**
**GELLER**
**RUDMAN**
**& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE


RECEIVED
JAN - 3 2005
CHAMBERS OF
KENNETH M. KARAS
U.S.D.J.

Mario Alba, Jr.
malba@lerachlaw.com

January 3, 2005

VIA FACSIMILE

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: *Lydia Garcia v. Jakks Pacific, Inc., et al.*, 1:04-CV-8807 (KMK) and all related cases

Dear Judge Karas:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on November 5, 2004; accordingly, our clients must file their motion no later than tomorrow, January 4, 2005.

Your Honor's Individual Practices, however, require that "For motions other than discovery motions, a pre-motion conference with the Court is required for any motion except motions brought on by ...". Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion tomorrow. We apologize for not requesting a pre-motion conference at an earlier date, but our clients only very recently advised us that they wish to seek appointment as lead plaintiffs.

Respectfully submitted,

Mario Alba, Jr.

cc: attached service list (by facsimile)

200 Broadhollow Road, Suite 406 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.lerachlaw.com

## SERVICE LIST

**Plaintiff's Counsel**

Amy L. Barrette
Eugene R. Licker
Jerry S. McDevitt
**Kirkpatrick & Lockhart, LLP**
599 Lexington Avenue
New York, New York 10022
Phone 212/536-3900
212/536-3901 (fax)

Curtis B. Krasik
**Kirkpatrick & Lockhart, LLP**
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Phone 412/355-8608
412/355-6501 (fax)

Frederick Taylor Isquith, Sr.
**Wolf Haldenstein Adler Freeman & Herz, LLP**
270 Madison Avenue
New York, NY 10016
Phone 212/545-4600
212/545-4653 (fax)

Ken H. Chang
Marian P. Rosner
Michael Adam Schwartz
**Wolf Popper LLP**
845 Third Avenue
New York, NY 10022
Phone 212/759-4600
212/486-2093

Peter Edward Seidman
**Milberg Weiss Bershad & Schulman, LLP**
One Pennsylvania Plaza
New York, NY 10119
Phone 212/613-5625
212/868-1229 (fax)

Alfred G. Yates, Jr.
Gerald L. Rutledge
**Law Office of Alfred G. Yates, Jr.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone 412/391-5164
412/471-1033 (fax)

Eric James Belfi
**Murray, Frank & Sailer, LLP**
275 Madison Avenue, Suite 801
New York, NY 10016
Phone 212/682-1818
212/682-1892 (fax)

Marc A. Topaz
Richard A. Maniskas
**Schiffrin & Barroway, L.L.P.**
Three Bala Plaza East
Bala Cynwyd, PA 19004
Phone 610/667-7706
610/667-7056 (fax)

Laurence Paskowitz
**Paskowitz & Associates**
60 East 42nd Street – 46th Floor
New York, NY 10165
Phone 212/685-0969
212/685-2306 (fax)

**Defendant's Counsel**

Isaac S. Greaney
**Sidley, Austin, Brown, & Wood, LLP**
787 7th Avenue
New York, NY 10019
Phone 212/839-7324
212/839-5599 (fax)

John R. Williams
**Schweitzer Cornman Gross & Bondell, LLP**
292 Madison Avenue
New York, NY 10017
Phone 646/424-0770
646/424-0880 (fax)

# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

# FACSIMILE

|     |                                                                                          | **Fax No.**   | **Telephone No.** |
|-----|------------------------------------------------------------------------------------------|---------------|-------------------|
| To: | Honorable Kenneth M. Karas                                                               | 212-805-7968  | 212-805-0274      |
| cc: | Amy Barrette<br>Eugene R. Licker<br>Jerry S. McDevitt<br>**Kirkpatrick & Lockhart, LLP** | 212-536-3901  | 212-536-3900      |
|     | Curtis B. Krasik<br>**Kirkpatrick & Lockhart, LLP**                                      | 412-355-6501  | 412-355-8608      |
|     | Frederick Taylor Isquith, Sr.<br>**Wolf Haldenstein Adler Freeman & Herz, LLP**          | 212-545-4653  | 212-545-4600      |
|     | Ken H. Chang<br>Marian P. Rosner<br>Michael Adam Schwartz<br>**Wolf Popper, LLP**        | 212-486-2093  | 212-759-4600      |
|     | Peter Edward Seidman<br>**Milberg Weiss Bershad & Schulman, LLP**                        | 212-868-1229  | 212-613-5625      |
|     | Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**Law Office of Alfred G. Yates, Jr.**     | 412-471-1033  | 412-391-5164      |
|     | Eric James Belfi<br>**Murray Frank & Sailer, LLP**                                       | 212-682-1892  | 212-682-1818      |
|     | Marc A. Topaz<br>Richard A. Maniskas<br>**Schiffrin & Barroway, LLP**                    | 610-667-7056  | 610-667-7706      |
|     | Laurence Paskowitz<br>**Paskowitz & Associates**                                         | 212-685-2306  | 212-685-0969      |
|     | Isaac S. Greaney<br>**Sidley Austin Brown & Wood, LLP**                                  | 212-839-5599  | 212-839-7324      |
|     | John R. Williams<br>**Schweitzer Cornman Gross & Bondell, LLP**                          | 646-424-0880  | 646-424-0770      |

200 Broadhollow Road, Suite 406 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.lerachlaw.com

Page -2 - Facsimile

| | | | |
|---|---|---|---|
| **From:** | Mario Alba, Jr. | **Date:** | 01/03/05 |
| **Case Code:** | 040446-00001 | **Time:** | 4:40 pm |
| **Subject:** | *Lydia Garcia v. Jakks Pacific, Inc., et al.*, 04-CV-8807 (KMK) | | |

**Message/Document(s) faxed:**

Please see attached letter.

**Please call fax operator at 619-231-1058 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR - ☒ Will not follow unless requested.

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** _5_

FAX OPERATOR: Return originals to:    [Name]                    Ext:    [Extension]

I:\Jakks\Corres\050103 fax to judge.doc