**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LYDIA GARCIA, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>     Defendants. | Case No. 04-cv-08807 (KMK)<br><br><u>CLASS ACTION</u> |
| QUANTUM EQUITIES, L.L.C., Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>     Defendants. | Case No. 04-cv-08877 (KMK)<br><br>CLASS ACTION |

**(Additional Captions Set Forth Below)**

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE TURNER GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | | |
|---|---|---|
| JAMES T. KAHN, On behalf of himself and all others similarly situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, <br><br>　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 04-cv-08910 (KMK) <br><br> <u>CLASS ACTION</u> |
| JONCO INVESTORS, LLC, Individually and on behalf of all others similarly situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, <br><br>　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 04-cv-09021 (KMK) <br><br> CLASS ACTION |
| JAMES IRVINE, Individually and on behalf of all others similarly situated, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT, <br><br>　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 04-cv-09078 (KMK) <br><br> CLASS ACTION |

Kenneth J. Tucker, Scott L. Pearlstone, Trudy Fanning, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker Group") hereby withdraw their motion for consolidation and for appointment as Lead Plaintiff and approval of their selection of Lead Counsel in light of the Court's order of January 5, 2005.  This withdrawal is made without prejudice to the Tucker Group's right to refile the motion consistent with the order and subsequent proceedings.

January 5, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
By:
_____/s/_____
Steven G. Schulman  (SS-2561)
Peter E. Seidman (PS-8769)
Andrei V. Rado (AR-3724)
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

**Proposed Lead Counsel**

**THE BRUALDI LAW FIRM**
Richard B. Brualdi
29 Broadway, Suite 2400
New York, NY  10006
Tel:  (212) 952-0602
Fax:  (212) 952-0608

**Plaintiff's Counsel**

**CERTIFICATE OF SERVICE BY ATTORNEY**

I, Andrei V. Rado, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail and facsimile to all parties listed on the attached service list on this 5th day of January 2005.

1. NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE TURNER GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Andrei V. Rado

**JAKKS PACIFIC, INC.**
04-CV-8807 (S.D.N.Y.)

**Service List**

| *Counsel for Plaintiffs* | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>**LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>200 Broadhollow Road, Ste. 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173 | Frederick T. Isquith<br>Christopher S. Hinton<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600<br>Fax: (212) 545-4653 |
| Louis F. Burke<br>**LOUIS F. BURKE P.C.**<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel.: (212) 682-7200<br>Fax: (212) 808-4280 | Ken H. Chang<br>Marian P. Rosner<br>Michael Adam Schwartz<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 451-9667<br>Fax: (212) 486-2093 |
| Marc A. Topaz<br>Richard A. Maniskas<br>**SCHIFFRIN & BARROWAY**<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | Eric James Belfi<br>**MURRAY, FRANK & SAILER, LLP**<br>275 Madison Avenue, Ste. 801<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 |
| Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICE OF ALFRED G. YATES JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 391-5164<br>Fax: (412) 471-1033 | Richard B. Brualdi<br>**The Brualdi Law Firm**<br>29 Broadway, Suite 2400<br>New York, NY 10006<br>Tel.: (212) 952-0602<br>Fax: (212) 952-0608 |

| | |
|---|---|
| Andrew M. Schatz<br>Jeffrey S. Nobel<br>William Bernarduci<br>Justin S. Kudler<br>Nancy A. Kulesa<br>**SCHATZ & NOBEL, P.C.**<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, Connecticut 06103<br>Tel.: (860) 493-6292<br>Fax: (860) 493-6290 | |
| *Counsel for Defendants* | |
| John R. Williams<br>**SCHWEITZER CORNMAN GROSS & BONDELL LLP**<br>292 Madison Avenue<br>New York, NY 10017<br>Tel.: (646) 424-0770<br>Fax: (646) 424-0880 | Isaac S. Greaney<br>**SIDLEY AUSTIN BROWN & WOOD**<br>787 7th Avenue, 22nd Floor<br>New York, NY 10019<br>Tel.: (212) 906-2000<br>Fax: (212) 839-5599 |