Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERTN DISTRICT OF NEW YORK

LYDIA GARCIA, ET AL.

VS.                                                                    INDEX#04CV08807

JAKKS PACIFIC, INC. ET AL.

State of __California__, County of __Orange__ SS:

I, __B Weches__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is __27 Cerrito, Irvine, CA 92612__ (server's address).

That on the __30th__ day of __November__, 2004 at __9:00 A__.M.(time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**

at: __22619 Pacific Coast Hwy, Malibu, CA__
upon **JAKKS PACIFIC, INC.** by delivering thereat a true copy to:

(x) officer: __Stephen Berman__ as

__President + CEO__ (position)

( ) authorized agent_____ as

_____(position)

( ) corporate counsel_____ as

_____(position)

328/11-72

( ) other_____as

_____(position)

a person of suitable age and discretion who was willing and authorized to accept on behalf of JAKKS PACIFIC, INC. .

The said premises is the location where the servee accepts service of process.

Deponent describes the individual who accepted service as follows:

age: 40   sex: M   skin color: Cauc   approx. height: 5'9

approx. weight: 165 lbs.

328/ PS11:04-72.
SWORN TO BEFORE ME THIS
1st   DAY OF December

x /s/ B Dukes

/s/ Amanda H. Byham



AMANDA HELEN BYHAM
COMMISSION #1387473
Notary Public - California
ORANGE COUNTY
My Commission Expires
NOVEMBER 26, 2006