Essential Services Group
555eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERTN DISTRICT OF NEW YORK

_____

LYDIA GARCIA, ET AL.

VS.                                           INDEX#04CV08807

JAKKS PACIFIC, INC. ET AL.

_____

State of _California_, County of _Orange_ SS:
I, _B Weekes_ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is _27 Cerrito Irvine, CA 92612_ (server's address).

That on the _30_ day of _Nov_, 200_4_ at _9:00 A_.M.(time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**
at: _22619 Pacific Coast Hwy. Malibu, CA_
upon **STEPHEN BERMAN** by delivering thereat a true copy to:

_Stephen Berman_ (name of accepter)

_____(position)

(A) Deponent asked the person spoken to whether STEPHEN BERMAN was in the military service of the u.s. government and was told that STEPHEN BERMAN was not. Deponent describes the individual who accepted serviceas follows:

age: _40_  sex: _M_  skin color: _Cauc_  approx. height: _5'9_

approx. weight: _165_ lbs.

PS11:04-74.
SWORN TO BEFORE ME THIS
_1st_ DAY OF _December_

x _B Weekes_

_Amanda A Byham_ (signature)

AMANDA HELEN BYHAM
COMMISSION #1387473
Notary Public - California
ORANGE COUNTY
My Commission Expires
NOVEMBER 26, 2006

22C/11-74