Essential Services Group
555eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERTN DISTRICT OF NEW YORK

---

LYDIA GARCIA, ET AL.

VS.                                        INDEX#04CV08807

JAKKS PACIFIC, INC. ET AL.

---

State of _California_, County of _Orange_ SS:
I, _B. Weekes_ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is
_27 Cerrito Irvine CA 92612_ (server's address).

That on the _30_ day of _Nov_, 200_4_
at _9:00 A_M. (time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**
at: _22619 Pacific Coast Hwy, Malibu, CA_
upon **JACK FRIEDMAN** by delivering thereat a true copy to:

_Stephen Berman_ (name of accepter)

_President_ (position)

MAILING COMPLETED 12/1/04

(x) Deponent asked the person spoken to whether JACK FRIEDMAN was in the military service of the u.s. government and was told that JACK FRIEDMAN was not. Deponent describes the individual who accepted serviceas follows:

age: _40_ sex: _M_ skin color: _Cauc_ approx. height: _5'9_

approx. weight: _165_ lbs.

PS11:04-73.
SWORN TO BEFORE ME THIS
_1ST_ DAY OF _December_ _04_

_Amanda H. Byham_

_B Weekes_

AMANDA HELEN BYHAM
COMMISSION #1387473
Notary Public - California
ORANGE COUNTY
My Commission Expires
NOVEMBER 28, 2006

328/11/73