Essential Services Group
555eighth ave, Suite 1901
New York,  New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERTN DISTRICT OF NEW YORK

---

LYDIA GARCIA, ET AL.

VS.                                       INDEX#04CV08807

JAKKS PACIFIC, INC. ET AL.

---

State of ___CALIFORNIA___ , County of ___ORANGE___ SS:
   I, ___B Weekes___ (name of server)  being duly sworn deposes and
says that deponent is over the age of eighteen years: Is not a party to this action and
whose address is
___27 Cerrito  Irvine  CA  92612___ (server's address).

That on the ___30___ day of ___Nov___ ,200 _4_
at _9:00 A_.M.(time of service)

Deponent served the annexed  **SUMMONS IN A CIVIL CASE,**
**CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL**
**SECURITIES  LAWS**
at: ___22619 Pacific Coast Hwy, Malibu, CA___
upon  **JOEL BENNETT** by delivering thereat a true copy to:

___Stephen Berman___ (name of accepter)

___President___ (position)
MAILING: COMPLETED 12/1/04

(+) Deponent asked the person spoken to whether  JOEL BENNETT was in the military
service of the u.s. government and was told that JOEL BENNETT was not.
Deponent describes the individual who accepted serviceas follows:

age: _40_ sex: _M_ skin color: _Cauc_ approx. height: _5'9_

approx. weight: _165_ lbs.

PS11:04-75.
SWORN TO BEFORE ME THIS
_1st_ DAY OF December

AMANDA HELEN BYRUM
COMMISSION #1387473
Notary Public - California
ORANGE COUNTY
My Commission Expires
NOVEMBER 28, 2006

328/11-75