UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTESY COPY

| | |
|---|---|
| LYDIA GARCIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>Defendants. | Case No. 04-cv-08807 (KMK)<br><br>CLASS ACTION<br><br>MEMO ENDORSED |
| QUANTUM EQUITIES, L.L.C., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>Defendants. | Case No. 04-cv-08877 (KMK)<br><br>CLASS ACTION |

**(Additional Captions Set Forth Below)**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 1/10/05

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE TURNER GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| JAMES T. KAHN, On behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>　　　　　　　　Defendants. | Case No. 04-cv-08910 (KMK)<br><br><u>CLASS ACTION</u> |
| JONCO INVESTORS, LLC, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>　　　　　　　　Defendants. | Case No. 04-cv-09021 (KMK)<br><br>CLASS ACTION |
| JAMES IRVINE, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAKKS PACIFIC, INC., JACK FRIEDMAN, STEPHEN BERMAN, and JOEL BENNETT,<br><br>　　　　　　　　Defendants. | Case No. 04-cv-09078 (KMK)<br><br>CLASS ACTION |

Kenneth J. Tucker, Scott L. Pearlstone, Trudy Fanning, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker Group") hereby withdraw their motion for consolidation and for appointment as Lead Plaintiff and approval of their selection of Lead Counsel in light of the Court's order of January 5, 2005. This withdrawal is made without prejudice to the Tucker Group's right to refile the motion consistent with the order and subsequent proceedings.

January 5, 2005

**MEMO ENDORSED**

**Respectfully submitted,**

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
By:
_____/s/_____
Steven G. Schulman (SS-2561)
Peter E. Seidman (PS-8769)
Andrei V. Rado (AR-3724)
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Proposed Lead Counsel**

**THE BRUALDI LAW FIRM**
Richard B. Brualdi
29 Broadway, Suite 2400
New York, NY 10006
Tel: (212) 952-0602
Fax: (212) 952-0608

**Plaintiff's Counsel**

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/7/05