UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA GARCIA, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 04-CV-8807 |
| Plaintiff, | CLASS ACTION |
| vs. | |
| JAKKS PACIFIC, INC., et al., | |
| Defendants. | |
| QUANTUM EQUITIES LLC, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 04-CV-8877 |
| Plaintiff, | CLASS ACTION |
| vs. | |
| JAKKS PACIFIC, INC., et al., | |
| Defendants. | |

[Caption continued on following page.]

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF INDIANA ELECTRICAL
WORKERS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| JAMES T. KAHN, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAKKS PACIFIC, INC., et al.,<br><br>        Defendants. | Civil Action No. 04-CV-8910<br><br><u>CLASS ACTION</u> |
| JONCO INVESTORS, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAKKS PACIFIC, INC., et al.,<br><br>        Defendants. | Civil Action No. 04-CV-9021<br><br><u>CLASS ACTION</u> |
| JAMES IRVINE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAKKS PACIFIC, INC., et al.,<br><br>        Defendants. | Civil Action No. 04-CV-9078<br><br><u>CLASS ACTION</u> |

Institutional Investor Indiana Electrical Workers Pension Trust Fund IBEW ("Indiana Electrical Workers") hereby withdraws its motion for consolidation, appointment as Lead Plaintiff and approval of its selection of Lead Counsel in light of the Court's Order of January 4, 2005. This withdrawal is made without prejudice to Indiana Electrical Workers' right to refile its motion, consistent with the Order and subsequent proceedings.

DATED: January 11, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA JR. (MA-7240)


/s/ Mario Alba Jr.
MARIO ALBA JR.

200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Jakks\LP Motion\LP Notice of Withddrawal.doc