# SCHATZ & NOBEL, P.C.

**ATTORNEYS AT LAW**

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Phone: (860) 493-6292
Fax: (860) 493-6290

E-mail: firm@snlaw.net
Web Site: SNLAW.net

January 25, 2005

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/05
```

By Fax

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**MEMO ENDORSED**

Re:  **Garcia v. JAKKS Pacific, Inc. No. 04-CV-8807 (KMK)**

Dear Judge Karas:

Proposed Lead Plaintiff Allan Schrager ("Schrager") wishes to withdraw his request for appointment as lead plaintiff.

Upon further investigation, we believe that the argument that Quantum Equities LLC ("Quantum") sold all of its shares before disclosure of the alleged fraud is likely not correct. Although JAKKS Pacific disclosed the lawsuit brought against it by World Wrestling Entertainment, Inc. ("WWE") - which exposed the alleged wrongdoing - after the close of trading on October 19, 2004 (and the class period was alleged to end at that time), the lawsuit was actually disclosed during that trading day (at 3:16 pm) by WWE itself (the plaintiff in the lawsuit). A review of the intra-day trading records for JAKKS Pacific stock showed that the stock dropped approximately three dollars in the 44 minutes between the 3:16 p.m. announcement and the end of trading on October 19, 2004. Based on the price at which Quantum sold its JAKKS Pacific shares, Quantum may have sold its shares after the announcement by WWE. Therefore, we believe that Quantum, the lead plaintiff candidate with the largest financial interest in the litigation, is the appropriate lead plaintiff.

Very truly yours,

William Bernarduci

cc: All Counsel of Record (by First Class Mail)

*Motion is Withdrawn*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

1/25/05