UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x
                                          :   Case No. 04-CV-8807 (KMK)
IN RE JAKKS PACIFIC, INC.                 :
SHAREHOLDERS CLASS ACTION                 :
LITIGATION                                :
                                          :
—————————————————— x


NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that class member Indiana Electrical Workers Pension Trust Fund

IBEW ("Indiana Electrical Workers"), will hereby move this Court, on a date and at such time as

may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Indiana

Electrical Workers as Lead Plaintiff; (ii) approving Indiana Electrical Workers' selection of the law

firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii)

granting such other and further relief as the Court may deem just and proper. In support of this

Motion, Indiana Electrical Workers submits herewith a Memorandum of Law and Declaration of

Mario Alba Jr. dated February 1, 2005.

DATED: February 1, 2005                          LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
                                                 SAMUEL H. RUDMAN (SR-7957)
                                                 DAVID A. ROSENFELD (DR-7564)
                                                 MARIO ALBA JR. (MA-7240)


                                                              /s/ Mario Alba Jr.
                                                 _____
                                                         MARIO ALBA JR.

                                                 200 Broadhollow Road, Suite 406
                                                 Melville, NY  11747
                                                 Telephone:  631/367-7100
                                                 631/367-1173 (fax)

                                                 [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr., hereby certify that on February 1, 2005, I caused a true and

correct copy of the attached:

Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

Declaration Of Mario Alba Jr. In Support Of The Motion Of Indiana Electrical Workers For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

Memorandum In Support Of The Motion Of Indiana Electrical Workers For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this

case; and (ii) by first-class mail to all additional counsel on the attached service list.


                                              _____/s/ Mario Alba Jr._____
                                                    Mario Alba, Jr.

JAKKS PACIFIC

Service List - 1/14/2005     (04-0446)

Page 1 of  2

## Counsel For Defendant(s)

John R. Williams
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY  10017
  646/424-0770
  646/424-0880 (Fax)

Isaac S. Greaney
Sidley Austin Brown & Wood
787 7th Avenue, 22nd Floor
New York, NY  10019
  212/906-2000
  212/906-2021 (Fax)

Michael H. Gruenglas
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
  212/735-3000
  212/735-2000 (Fax)

## Counsel For Plaintiff(s)

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
  412/391-5164
  412/471-1033 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Louis F. Burke
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY  10022
  212/682-1700
  212/808-4280 (Fax)

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229 (Fax)

JAKKS PACIFIC

Service List - 1/14/2005    (04-0446)

Page 2 of  2

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

William E. Bernarduci
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (Fax)

Richard B. Brualdi
The Brualdi Law Firm
29 Broadway, 24th Floor
New York, NY  10006
   212/952-0602
   212/952-0608 (Fax)

Fred T. Isquith
Christopher S. Hinton
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)

Marian P. Rosner
Ken H. Chang
Michael A. Schwartz
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
   212/759-4600
   212/486-2093 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE JAKKS PACIFIC, INC.
SHAREHOLDERS CLASS ACTION
LITIGATION

---

x
:   Case No. 04-CV-8807 (KMK)
:
:
:
x

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Indiana Electrical Workers Pension Trust Fund IBEW ("Indiana Electrical Workers") for Appointment As Lead Plaintiff And Approval Of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1.      Indiana Electrical Workers is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2.      The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.


SO ORDERED THIS ____day of _____, 2005.


_____
U.S. District Judge