UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) |

**MOTION OF QUANTUM EQUITIES LLC AND FRANK WHITING
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Plaintiffs Quantum Equities LLC and Frank Whiting, upon the February 1, 2005 Declaration of Gustavo Bruckner, Esq., and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, moves this Court for an order in the form filed herewith: (i) appointing Quantum Equities LLC and Frank Whiting as Lead Plaintiff in the above-referenced actions pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; and (ii) approving Lead Plaintiff's selection of Lead Counsel.

DATED:   February 1, 2005
         New York, NY

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By: /s/
Fred Taylor Isquith, Esq.
Gustavo Bruckner, Esq.
Christopher Hinton, Esq.
270 Madison Avenue
New York, New York 10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

388324

**Proposed Lead Counsel**

Louis F. Burke, Esq.
**Louis F. Burke P.C.**
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone: 212/682-1700
Facsimile: 212/808-4280

**Additional Plaintiffs' Counsel**

388324