UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) |

## CERTIFICATE OF SERVICE

I, Gustavo Bruckner, hereby certify that on February 8, 2005, I caused a true and correct copy of: the *Memorandum of Law of Quantum Equities LLC and Frank Whiting in Opposition to the Competing Motion and in Further Support of their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*, to be served (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel listed below.

                                                           /S/
                                            Gustavo Bruckner

| | |
|---|---|
| Richard B. Brualdi<br>**The Brualdi Law Firm**<br>29 Broadway, Suite 2400<br>New York, NY 10006 | David Avi Rosenfeld<br>Samuel Howard Rudman<br>**Lerach, Coughlin, Stoia, Geller,<br>   Rudman & Robbins, LLP**<br>200 Broadhollow Road - Suite 406 |
| Louis F. Burke<br>**Louis F. Burke P.C.**<br>460 Park Avenue<br>21st Floor<br>New York, NY 10022 | Melville, NY 11747<br><br>Steven G. Schulman<br>Peter E. Seidman<br>**Milberg Weiss Bershad &<br>   Schulman LLP**<br>One Pennsylvania Plaza |
| Amy Barrette<br>Eugene Licker<br>Jerry McDevitt<br>**Kirkpatrick & Lockhart, LLP**<br>599 Lexington Avenue<br>New York, NY 100222 | New York, NY 10119-0165<br><br>Eric James Belfi<br>**Murray, Frank & Sailer, LLP**<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 |
| Curtis Karasik<br>**Kirkpatrick & Lockhart, LLP**<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222 | Laurence Paskowitz<br>**Paskowitz & Associates**<br>60 East 42nd Street – 46th Floor<br>New York, NY 10165 |

392259

Andrew M. Schatz
William Bernarducci
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street – Suite 170
Hartford, CT  06103

Mark A. Topaz
**Schiffrin & Barroway, L.L.P.**
Three Bala Plaza East
Bala Cynwyd, PA 19004

John Williams
**Schweitzer Cornman Gross
 & Bondell, LLP**
292 Madison Avenue
New York, NY 10017

Isaac Greaney
**Sidley, Austin, Brown &
 Wood, LLP**
787 7th Avenue
New York, NY 10019

Michael Gruenglas
**Skadden, Arps, Slate, Meagher
 & Flom LLP**
Four Times Square
New York, NY 10036

Ken H. Chang
Marian P. Rosner
Michael Adam Schwartz
**Wolf Popper LLP**
845 Third Avenue
New York, NY 10022

Alfred G. Yates, Jr.
Gerald R. Rutledge
**Law Office of Alfred G. Yates Jr.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

392259