## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on February 8, 2005, I caused a true and correct copy of the attached:

Memorandum In Further Support Of The Motion Of Indiana Electrical Workers For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel and in Opposition to the Competing Motion

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ David A. Rosenfeld
David A. Rosenfeld

JAKKS PACIFIC
Service List - 2/8/2005    (04-0446)
Page 1 of 2

**Counsel For Defendant(s)**

John R. Williams
Schweitzer Cornman Gross & Bondell, LLP
292 Madison Avenue
New York, NY  10017
   646/424-0770
   646/424-0880 (Fax)

Isaac S. Greaney
Sidley Austin Brown & Wood
787 7th Avenue, 22nd Floor
New York, NY  10019
   212/906-2000
   212/906-2021 (Fax)

Michael H. Gruenglas
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
   212/735-3000
   212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
   412/391-5164
   412/471-1033 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Louis F. Burke
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY  10022
   212/682-1700
   212/808-4280 (Fax)

Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229 (Fax)

JAKKS PACIFIC
Service List - 2/8/2005    (04-0446)
Page 2 of 2

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
   212/682-1818
   212/682-1892 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056 (Fax)

Fred T. Isquith
Christopher S. Hinton
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
   212/545-4600
   212/545-4653 (Fax)

William E. Bernarduci
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
   860/493-6292
   860/493-6290 (Fax)

Richard B. Brualdi
The Brualdi Law Firm
29 Broadway, 24th Floor
New York, NY 10006
   212/952-0602
   212/952-0608 (Fax)

Marian P. Rosner
Ken H. Chang
Michael A. Schwartz
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
   212/759-4600
   212/486-2093 (Fax)