UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) |

## CERTIFICATE OF SERVICE

I, Gustavo Bruckner, hereby certify that on February 11, 2005, I caused a true and correct copy of: the *Reply Memorandum of Law of Quantum Equities LLC and Frank Whiting in Opposition to the Competing Motion and in Further Support of their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel*, to be served (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel listed below.

                                                          /S/
                                                 Gustavo Bruckner

| | |
|---|---|
| Richard B. Brualdi<br>**The Brualdi Law Firm**<br>29 Broadway, Suite 2400<br>New York, NY 10006 | David Avi Rosenfeld<br>Samuel Howard Rudman<br>**Lerach, Coughlin, Stoia, Geller,<br>   Rudman & Robbins, LLP**<br>200 Broadhollow Road - Suite 406 |
| Louis F. Burke<br>**Louis F. Burke P.C.**<br>460 Park Avenue<br>21st Floor<br>New York, NY 10022 | Melville, NY 11747<br><br>Steven G. Schulman<br>Peter E. Seidman<br>**Milberg Weiss Bershad &<br>   Schulman LLP** |
| Amy Barrette<br>Eugene Licker<br>Jerry McDevitt<br>**Kirkpatrick & Lockhart, LLP**<br>599 Lexington Avenue<br>New York, NY 100222 | One Pennsylvania Plaza<br>New York, NY 10119-0165<br><br>Eric James Belfi<br>**Murray, Frank & Sailer, LLP**<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 |
| Curtis Karasik<br>**Kirkpatrick & Lockhart, LLP**<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222 | Laurence Paskowitz<br>**Paskowitz & Associates**<br>60 East 42nd Street – 46th Floor<br>New York, NY 10165 |

392501

| | |
|---|---|
| Andrew M. Schatz<br>William Bernarducci<br>**Schatz & Nobel, P.C.**<br>One Corporate Center<br>20 Church Street – Suite 170<br>Hartford, CT  06103 | Michael Gruenglas<br>**Skadden, Arps, Slate, Meagher<br>  & Flom LLP**<br>Four Times Square<br>New York, NY 10036 |
| Mark A. Topaz<br>**Schiffrin & Barroway, L.L.P.**<br>Three Bala Plaza East<br>Bala Cynwyd, PA 19004 | Ken H. Chang<br>Marian P. Rosner<br>Michael Adam Schwartz<br>**Wolf Popper LLP**<br>845 Third Avenue<br>New York, NY 10022 |
| John Williams<br>**Schweitzer Cornman Gross<br>  & Bondell, LLP**<br>292 Madison Avenue<br>New York, NY 10017 | Alfred G. Yates, Jr.<br>Gerald R. Rutledge<br>**Law Office of Alfred G. Yates Jr.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219 |
| Isaac Greaney<br>**Sidley, Austin, Brown &<br>  Wood, LLP**<br>787 7th Avenue<br>New York, NY 10019 | |

392501