

MILBERG WEISS

February 11, 2005

The Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    In re JAKKS Pacific Shareholders Class Action Litigation, Case No. 04-CV-8807 (KMK)

Dear Judge Karas:

    My firm represents the Tucker Group which, on January 4, 2005, filed its motion for consolidation of related actions, appointment as Lead Plaintiff and approval of selection of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") to serve as Lead Counsel pursuant to the PSLRA (the "Motion"). Pursuant to the Court's direction, the Tucker Group withdrew its Motion without prejudice to re-filing pending a pre-motion conference before the Court that was held on January 25, 2005 (the "Conference").

    We learned from various submissions to the Court in advance of the Conference --- by Quantum Equities and Frank Whiting on the one hand, and the Indiana Electrical Workers, on the other --- that, with a combined loss of $624,125, Quantum Equities and Frank Whiting have by far the largest financial interest in the litigation and that they are otherwise adequate and typical. Additionally, counsel for the Tucker Group notes, as did counsel for Allan Schrager, a movant that is now supporting the motion of Quantum Equities and Frank Whiting, that although Frank Whiting purchased his JAKKS share on the last day of the Class Period, his trading records, and price of his purchase, indicate that he did so *before* the crucial disclosure at issue in this case, and therefore, is not subject to a unique defense, as has been asserted by the Indiana Electrical Workers.[1]

---

[1] Schrager withdrew his motion and stated his support for Quantum Equities and Frank Whiting by letter from counsel to the Court dated January 25, 2005 (Dkt. No. 30).

**Milberg Weiss Bershad & Schulman LLP**

One Pennsylvania Plaza · New York, NY 10119 · 212-594-5300 · Fax 212-868-1229 · www.milbergweiss.com

NEW YORK · BOCA RATON · WILMINGTON · SEATTLE · WASHINGTON, D.C.

The Hon. Kenneth M. Karas
February 11, 2005
Page 2

For these reasons, the Tucker Group hereby supports the motion of Quantum Equities and Frank Whiting, an institutional and individual investor each of which, we believe, will vigorously and efficiently pursue the interests of the Class.

Additionally, the Tucker Group has noted Indiana Electrical Workers's statement in its opposition memorandum that it is prepared to serve as co-Lead Plaintiff, "together with the other movants in order to properly protect the interests of the Class."[2] The Tucker Group respectfully submits that if another movant is to be appointed Co-Lead Plaintiff with either or both of Quantum Equities and Frank Whiting, the proper movant would not be Indiana Electrical Workers but rather, Tucker Group members Kenneth J. Tucker and/or Scott J. Pearlstone, both of whom stand ready and able to serve, because Tucker and Pearlstone's respective losses of $27,201 and $6,050 are in the aggregate and individually greater than the $5,164 loss reported by Indiana Electrical Workers, and each of Tucker and Pearlstone otherwise satisfies the PSLRA's adequacy and typicality requirements.

Respectfully submitted,

Peter E. Seidman

PS:vf
Attachments

cc:   All Counsel of Record (By Fax)

---

[2] Memorandum In Further Support Of The Motion Of Indiana Electrical Workers For Appointment As Lead Plaintiff And For Approval of Lead Counsel And In Opposition To The Competing Motion dated February 8, 2005, p. 7, n. 3.

Milberg Weiss Bershad & Schulman LLP
DOCS\257566v1

## CERTIFICATE OF SERVICE BY ATTORNEY

I, Peter E. Seidman, a member of the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing letter to the Honorable Kenneth M. Karas to be served via facsimile to all parties listed on the attached service list on this 11th day of February 2005.

_____
Peter Seidman

DOCS\257689v1

## JAKKS PACIFIC, INC.
04-CV-8807 (S.D.N.Y.)

### Service List

| *Counsel for Plaintiffs* | |
|---|---|
| Samuel H. Rudman<br>David A. Rosenfeld<br>**LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>200 Broadhollow Road, Ste. 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173 | Frederick T. Isquith<br>Christopher S. Hinton<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 545-4600<br>Fax: (212) 545-4653 |
| Louis F. Burke<br>**LOUIS F. BURKE P.C.**<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel.: (212) 682-7200<br>Fax: (212) 808-4280 | Ken H. Chang<br>Marian P. Rosner<br>Michael Adam Schwartz<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 451-9667<br>Fax: (212) 486-2093 |
| Marc A. Topaz<br>Richard A. Maniskas<br>**SCHIFFRIN & BARROWAY**<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | Eric James Belfi<br>**MURRAY, FRANK & SAILER, LLP**<br>275 Madison Avenue, Ste. 801<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 |
| Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICE OF ALFRED G. YATES JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 391-5164<br>Fax: (412) 471-1033 | Richard B. Brualdi<br>**The Brualdi Law Firm**<br>29 Broadway, Suite 2400<br>New York, NY 10006<br>Tel.: (212) 952-0602<br>Fax: (212) 952-0608 |

DOCS\257689v1

| Andrew M. Schatz<br>Jeffrey S. Nobel<br>William Bernarduci<br>Justin S. Kudler<br>Nancy A. Kulesa<br>**SCHATZ & NOBEL, P.C.**<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, Connecticut 06103<br>Tel.: (860) 493-6292<br>Fax: (860) 493-6290 | |
|---|---|
| ***Counsel for Defendants*** | |
| John R. Williams<br>**SCHWEITZER CORNMAN GROSS & BONDELL LLP**<br>292 Madison Avenue<br>New York, NY 10017<br>Tel.: (646) 424-0770<br>Fax: (646) 424-0880 | Isaac S. Greaney<br>**SIDLEY AUSTIN BROWN & WOOD**<br>787 7th Avenue, 22nd Floor<br>New York, NY 10019<br>Tel.: (212) 906-2000<br>Fax: (212) 839-5599 |

DOCS\257689v1