USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE JAKKS PACIFIC INC., SHAREHOLDERS CLASS ACTION LITIGATION

Case No. 04-CV-8807 (KMK)
(ECF Case)

ORDER

KENNETH M. KARAS, District Judge:

Oral argument on the motions to appoint lead plaintiff in this matter is hereby rescheduled until March 28 at 2:15pm. Defendants' time to answer or move to dismiss the complaint is hereby extended until that date.

SO ORDERED.

Dated:   March 8, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE