```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE JAKKS PACIFIC INC., SHAREHOLDERS
CLASS ACTION LITIGATION

Case No. 04-CV-8807 (KMK)
(ECF Case)

ORDER

---

KENNETH M. KARAS, District Judge:

At today's hearing, the Court determined that Defendants' answers and/or motions to dismiss shall be due no later than 10 days after the Court decides the competing motions for the appointment of lead plaintiff.

SO ORDERED.

Dated:   March 28, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE