**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) |

**NOTICE OF FILING OF CORRECTED EXHIBIT TO MEMORANDUM OF LAW OF LEAD PLAINTIFF MOVANTS QUANTUM EQUITIES LLC, KENNETH J. TUCKER, TONIA R. TUCKER-KRAUS, AND MICHAEL KRAUS, SUBMITTED PURSUANT TO THIS COURT'S MARCH 28, 2005 INSTRUCTION, IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF WOLF HALDENSTEIN AND MILBERG WEISS AS CO-LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF IEW**

PLEASE TAKE NOTICE that Lead Plaintiff Movants Quantum Equities LLC, Kenneth J. Tucker, Tonia R. Tucker-Kraus and Michael Kraus (collectively, the "Quantum Equities Group") hereby submit a Corrected Exhibit C, correcting and replacing the Exhibit C that was filed with this Court on April 4, 2005, pursuant to the MEMORANDUM OF LAW OF LEAD PLAINTIFF MOVANTS QUANTUM EQUITIES LLC, KENNETH J. TUCKER, TONIA R. TUCKER-KRAUS, AND MICHAEL KRAUS, SUBMITTED PURSUANT TO THIS COURT'S MARCH 28, 2005 INSTRUCTION, IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF WOLF HALDENSTEIN AND MILBERG WEISS AS CO-LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF IEW.

DATED:   April 6, 2005
         New York, New York

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By:        /s/ Peter E. Seidman
       Steven G. Schulman, Esq. (SS-2561)
       Peter E. Seidman, Esq. (PS-8769)
       Andrei V. Rado, Esq. (AR-3724)
One Pennsylvania Plaza – 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:        /s/ Fred Taylor Isquith
       Fred Taylor Isquith, Esq. (FI-6782)
       Gustavo Bruckner, Esq. (GB-7701)
       Christopher Hinton, Esq. (CH-0759)
270 Madison Avenue
New York, New York 10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

**Proposed Co-Lead Counsel**

2

Louis F. Burke, Esq. (LB-4686)
**LOUIS F. BURKE P.C.**
460 Park Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280

**Additional Plaintiffs' Counsel**

**CERTIFICATE OF SERVICE BY ATTORNEY**

    I, Peter E. Seidman, a member of the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the foregoing to be served via U.S. Mail to all parties listed on the attached service list on this 6th day of April 2005.

                                                                                                                                                             _____/s/_____
                                                                                                                                                           Peter Seidman

**JAKKS PACIFIC, INC.**
04-CV-8807 (S.D.N.Y.)

## Service List

*Counsel for Plaintiffs*

Samuel H. Rudman
David A. Rosenfeld
**LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
200 Broadhollow Road, Ste. 406
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173

Louis F. Burke
**LOUIS F. BURKE P.C.**
460 Park Avenue, 21st Floor
New York, NY 10022
Tel.: (212) 682-7200
Fax: (212) 808-4280

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
Tel.: (610) 667-7706
Fax: (610) 667-7056

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICE OF ALFRED G. YATES JR.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Frederick T. Isquith
Christopher S. Hinton
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

Ken H. Chang
Marian P. Rosner
Michael Adam Schwartz
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Tel.: (212) 451-9667
Fax: (212) 486-2093

Eric James Belfi
**MURRAY, FRANK & SAILER, LLP**
275 Madison Avenue, Ste. 801
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Richard B. Brualdi
**The Brualdi Law Firm**
29 Broadway, Suite 2400
New York, NY 10006
Tel.: (212) 952-0602
Fax: (212) 952-0608

Andrew M. Schatz
Jeffrey S. Nobel
William Bernarduci
Justin S. Kudler
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel.: (860) 493-6292
Fax: (860) 493-6290


*Counsel for Defendants*

John R. Williams
**SCHWEITZER CORNMAN GROSS & BONDELL LLP**
292 Madison Avenue
New York, NY 10017
Tel.: (646) 424-0770
Fax: (646) 424-0880

Michael H. Gruenglas
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000

Isaac S. Greaney
**SIDLEY AUSTIN BROWN & WOOD**
787 7th Avenue, 22nd Floor
New York, NY 10019
Tel.: (212) 906-2000
Fax: (212) 839-5599