USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE Jakks Pacific, Inc. Shareholders Class Action Litigation

Case No.
04-cv-8807 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    Pending before the Court are several motions to appoint lead plaintiffs. It is hereby

    ORDERED that counsel appear for argument on these motions on April 27, 2005 at 3:00 p.m. in the United States Federal Courthouse, 500 Pearl Street, New York, New York, Courtroom 21D.

    Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: April 12, 2005
       New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

**Counsel for Plaintiffs shall confirm that all parties are aware of this conference.**