

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

David A. Rosenfeld
Drosenfeld@lerachlaw.com

April 18, 2005



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/05

VIA FACSIMILE

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

**MEMO ENDORSED**

Re:   *In re JAKKS Pacific Shareholder Class Action*, 1:04-CV-8807 (KMK)

Dear Judge Karas:

After conferring with counsel for the other parties in the above-referenced consolidated action, we respectfully request that the Court reschedule oral argument on the motion for appointment of lead plaintiff and approval of selection of lead counsel, originally set for April 27, 2005, to May 11, 2005 at 11am.

Respectfully submitted,

David A. Rosenfeld

cc:   counsel of record (by facsimile)

*The April 27 hearing is now moved to May 11, 2005 at 11 am.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

200 Broadhollow Road, Suite 406  ·  Melville, NY 11747  ·  631.367.7100  ·  Fax 631.367.1173  ·  www.lerachlaw.com