UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC INC., SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) (ECF Case)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at today's conference, and for the reasons to be stated in a forthcoming opinion, lead-plaintiff movants Kenneth J. Tucker, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker Group") and the Indiana Electrical Workers Pension Trust Fund IBEW ("Indiana Electrical Workers") are appointed co-lead plaintiffs. Their counsel, attorneys from the law firms Milberg Weiss Bershad & Schulman LLP (counsel for the Tucker Group) and Lerach Coughlin Stoia Geller Rudman & Robbins LLP (counsel for Indiana Electrical Workers), are appointed co-lead counsel. Lead Plaintiffs shall file an amended complaint no later than **Monday, July 11, 2005**. Defendants shall answer or move to dismiss no later than **Friday, September 9, 2005**. If Defendants move to dismiss, Lead Plaintiffs shall respond no later than **Tuesday, November 8, 2005**. Plaintiffs may reply no later than **Thursday, December 8, 2005**.

**No extensions shall be granted.**

SO ORDERED.

Dated:   May 11, 2005
         New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/05