```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE JAKKS PACIFIC INC., SHAREHOLDERS
CLASS ACTION LITIGATION

Case No. 04-CV-8807 (KMK)
(ECF Case)

ORDER

KENNETH M. KARAS, District Judge:

Because the Court decided the lead plaintiff motions at today's hearing, the Docketing Clerk is directed to terminate the motions listed at document numbers 5, 8, 10, 13, 16, 26, 28, 31, and 35.

SO ORDERED.

Dated:     May 11, 2005
           New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE