AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re Jakks Pacific, Inc., Shareholders
v.

**APPEARANCE**

Case Number: 1:04-cv-08807-KMK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Jakks Pacific, Inc.; Jack Friedman; Stephen Berman; and Joel Bennett

I certify that I am admitted to practice in this court.

July 11, 2005
Date

*Jonathan Honig* (signature)

Jonathan Honig — JH-7577
Print Name — Bar Number

Feder, Kaszovitz, Isaacson, Weber, Skala, et al.
Address

750 Lexington Avenue, New York, NY 10022
City   State   Zip Code

(212) 888-8200   (212) 888-7776
Phone Number   Fax Number