

**MEMO ENDORSED**



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL (212) 735-3000
FAX (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 6, 2005

BY FASCIMILE
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re: In re JAKKS Pacific, Inc. Shareholders
       Class Action Litigation, 1:04-CV-08807-KMK

Dear Judge Karas:

    Pursuant to the instructions of Your Honor's Law Clerk, we write on behalf of Defendants Jakks Pacific, Inc. ("JAKKS"), Jack Friedman, Steven G. Berman, and Joel M. Bennett (collectively, the "Individual Defendants" and together with JAKKS, the "Defendants") to request an enlargement of the page limit for Defendants' memorandum of law in support of its motion to dismiss the Amended Complaint (the "Motion to Dismiss") which is scheduled to be filed on Friday, September 9, 2005 pursuant to Your Honor's May 11, 2005 Scheduling Order.

    We respectfully submit that an enlargement of the page limit specified in Your Honor's individual practices is warranted for this critical dispositive motion for a number of reasons, including: (1) Defendants' need to address the multiplicity of issues raised by Plaintiffs' 76 page Amended Complaint; (2) the Motion to Dismiss represents the consolidated response of the corporate Defendant, JAKKS, and all of the Individual Defendants and addresses defenses unique to each; (3) the purported class period, which extends from December 3, 1999 to October 19, 2004, is nearly five years long; (4) the Amended Complaint challenges statements in more than 40 separate public filings; and (5) the class action involves unique timing issues that need to be addressed by the Court, and additional complexity, arising from its relationship to the underlying litigation between JAKKS and World Wrestling Entertainment, Inc., captioned World Wrestling Entertainment, Inc. v. JAKKS Pacific, Inc., et al., 1:04-CV-08223-KMK.

    For the foregoing reasons we respectfully request an enlargement of the page limits as follows: (1) 60 pages for the memorandum of law in support of Defendants' motion to dismiss the Amended Complaint; (2) 60 pages for the memorandum of law in opposition to Defendants' motion to dismiss the Amended Complaint; and (3) 30 pages for Defendants' reply brief in further support of their motion to dismiss the Amended Complaint.

**MEMO ENDORSED**

We have conferred with counsel for the Plaintiffs and they have advised us that they take no position on our request for 60 pages, but assuming it is granted, request that the Defendants' reply brief be no more than 20 pages.

Respectfully submitted,

*Jonathan J. Lerner*

cc:   All Counsel

The request for page enlargement is GRANTED. The limits are: 60, 60, and 30.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2