UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

IN RE JAKKS PACIFIC, INC.  :  Civil Action No. 04-CV-8807
SHAREHOLDERS CLASS ACTION     (KMK)
LITIGATION                    (ECF CASE)

:

---------------------------------x

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Jakks Pacific, Inc., by its attorneys Skadden, Arps, Slate, Meagher & Flom LLP, states as follows: Jakks Pacific, Inc. has no corporate parent and no publicly held company has an ownership interest of 10% or more in it.

Dated: September 9, 2005

Respectfully submitted,

Jonathan J. Lerner (JL 7117)
Michael H. Gruenglas (MG 8705)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant Jakks Pacific, Inc.