UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE JAKKS PACIFIC, INC.
SHAREHOLDERS CLASS ACTION          :
LITIGATION

                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 04-CV-8807
(KMK)
(ECF CASE)

Oral Argument Requested

## NOTICE OF MOTION

        PLEASE TAKE NOTICE that, pursuant to the Court's order dated May 11,

2005, and upon the accompanying memorandum of law and the declaration of Jonathan J.

Lerner dated September 9, 2005, defendants Jakks Pacific Inc., Jack Friedman, Steven G.

Berman and Joel M. Bennett, by their attorneys Skadden, Arps, Slate, Meagher & Flom

LLP, will move this Court, before the Honorable Kenneth M. Karas, United States

District Judge, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) and

9(b) and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4 (i)

dismissing the Consolidated Amended Complaint (the "Complaint") with prejudice in its

entirety, and for such further relief as the Court may deem to be just and proper.

        PLEASE TAKE FURTHER NOTICE that defendants respectfully request

oral argument on their motion to dismiss.

Dated:  New York, New York
        September 9, 2005

FEDER, KASZOVITZ, ISAACSON,
  WEBER, SKALA, BASS & RHINE LLP
Murray L. Skala (MS 9354)
Jonathan D. Honig (JH 7577)
750 Lexington Avenue
New York, New York 10022
Phone:  (212) 888-8200
Fax:  (212) 888-5968

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: _____

  Jonathan J. Lerner (JL 7117)
  Michael H. Gruenglas (MG 8705)
  Maura B. Grinalds (MG 2836)
  Sharon Garb (SG 7928)
  Four Times Square
  New York, New York  10036
  (212) 735-3000

  Attorneys for Defendants

To:    Samuel H. Rudman (SR-7957)
       David A. Rosenfeld (DR-7564)
       Lerach Coughlin Stoia Geller Rudman
       & Robbins LLP
       200 Broadhollow Road, Suite 406
       Melville, New York 11747
       (631) 367-7100

       Steven G. Schulman (SS-2561)
       Daniel B. Scotti (DS-4139)
       Milberg Weiss Bershad
       & Schulman LLP
       One Pennsylvania Plaza
       New York, New York 10119-0165
       (212) 594-5300

       Lead Counsel for Plaintiffs