UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | : : : : : | Civil Action No. 04-CV-8807 (KMK)  **ELECTRONICALLY FILED**  CLASS ACTION |
| This Document Relates To:  ALL ACTIONS. | : : : : : | NOTICE OF MOTION TO STRIKE CERTAIN EXHIBITS |

PLEASE TAKE NOTICE THAT Lead Plaintiffs Indiana Electrical Workers Pension Trust Fund IBEW, Kenneth J. Tucker, Tonia R. Tucker-Kraus and Michael Kraus ("Lead Plaintiffs"), by their counsel, Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Milberg Weiss Bershad & Schulman LLP, will hereby move this Court, on a date and at a time designated by the Court, for an Order striking: (i) Exhibits A and C (collectively, the "Disputed Exhibits") attached to the Declaration of Jonathan J. Lerner in support of Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Consolidated Amended Class Action Complaint ("Motion to Dismiss"); and (ii) all references to the Disputed Exhibits in the Motion to Dismiss. In support of this Motion, Plaintiffs submit herewith the Memorandum of Law in Support of their Motion to Strike Exhibits A and C to the Declaration of Jonathan J. Lerner.

DATED: November 15, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARK S. REICH (MR-4166)

/s/ Samuel H. Rudman
SAMUEL H. RUDMAN

200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
STEVEN G. SCHULMAN (SS-2561)
DANIEL B. SCOTTI (DS-4139)

/s/ Daniel B. Scotti
DANIEL B. SCOTTI

One Pennsylvania Plaza
New York, NY  10119
Telephone:  212/594-5300
212/868-1229 (fax)

Co-Lead Counsel for Plaintiffs

- 1 -

- 2 -

**CERTIFICATE OF SERVICE**

I, Mark S. Reich, hereby certify that on November 15, 2005, I caused a true and correct copy of the attached:

Memorandum of Law In Opposition To Defendant's Motion To Dismiss The Consolidated Complaint;

Notice of Motion To Strike Certain Exhibits; and

Memorandum of Law In Support Of Plaintiffs' Motion To Strike Certain Exhibits

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                /s/ Mark S. Reich
                  Mark S. Reich

## JAKKS SERVICE LIST

**Plaintiff's Counsel**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
200 Broadhollow Road, Suite 406
Melville, NY  11747
Phone 631/367-7100
631/367-1173 (fax)

Steven G. Schulman
Daniel B. Scotti
**Milberg Weiss Bershad & Schulman, LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Phone 212/594-5300
212/868-1229 (fax)

**Defendant's Counsel**

Isaac S. Greaney
**Sidley, Austin, Brown, & Wood, LLP**
787 Seventh Avenue, 22nd Floor
New York, NY  10019
Phone 212/839-5300
212/839-5599 (fax)

John R. Williams
**Schweitzer Cornman Gross & Bondell, LLP**
292 Madison Avenue
New York, NY  10017
Phone 646/424-0770
646/424-0880 (fax)

Michael H. Gruenglas
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, New York  10036
Phone 212/735-3000
212/735-2000 (fax)

Murray L. Skala
Jonathan D. Honig
**Feder, Kaszovitz, Isaacson, Weber, Skala,
       Bass & Rhine, LLP**
750 Lexington Avenue
New York, NY  10022
Phone 212/888-8200
212/888-5968 (fax)