UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Civil Action No. 04-CV-8807 (KMK) |
|  | **ELECTRONICALLY FILED** |
|  | CLASS ACTION |
| This Document Relates To: | NOTICE OF CHANGE OF FIRM ADDRESS |
| ALL ACTIONS. |  |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective December 19, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its Melville office as shown below:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

DATED: December 14, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
STEVEN G. SCHULMAN
PETER E. SEIDMAN
SHARON M. LEE
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)

Co-Lead Counsel for Plaintiffs

S:\UsersSD\DRobles\NOTICE NY\JAKKS Pacific.doc

- 1 -