UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE Jakks Pacific, Inc. Shareholders Class Action

Case No. 04-CV-8807 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 2:30pm on September 6, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: May 23, 2006
New York, New York