UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Lead Plaintiffs JAKKS Pacific, Inc. and the Class in this case.

I certify that I am admitted to practice in this Court.

DATE: July 21, 2006

                                        MILBERG WEISS BERSHAD
                                        & SCHULMAN LLP

                                        By: _____
                                        Kirk Chapman (KC-7371)
                                        One Pennsylvania Plaza
                                        New York, NY  10119-0165
                                        Telephone: (212) 946-9377
                                        Facsimile: (212) 868-1229
                                        Email:  kchapman@milbergweiss.com

                                        *Attorneys for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Julie B. Rubenstein, hereby certify that on July 21, 2006, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via regular U.S. Mail to all counsel listed on the attached service list.

Julie B. Rubenstein
Legal Assistant

## JAKKS SERVICE LIST

**Plaintiff's Counsel**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Phone 631/367-7100
631/367-1173 (fax)

Steven G. Schulman
Daniel B. Scotti
**Milberg Weiss Bershad & Schulman, LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Phone 212/594-5300
212/868-1229 (fax)

**Defendant's Counsel**

Isaac S. Greaney
**Sidley, Austin, Brown, & Wood, LLP**
787 Seventh Avenue, 22nd Floor
New York, NY 10019
Phone 212/839-5300
212/839-5599 (fax)

John R. Williams
**Schweitzer Cornman Gross & Bondell, LLP**
292 Madison Avenue
New York, NY 10017
Phone 646/424-0770
646/424-0880 (fax)

Michael H. Gruenglas
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, New York 10036
Phone 212/735-3000
212/735-2000 (fax)

Murray L. Skala
Jonathan D. Honig
**Feder, Kaszovitz, Isaacson, Weber, Skala,
      Bass & Rhine, LLP**
750 Lexington Avenue
New York, NY 10022
Phone 212/888-8200
212/888-5968 (fax)