KARAS, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re JAKKS PACIFIC, INC. SHAREHOLDERS
CLASS ACTION LITIGATION

Case No. 04-CV-8807 (KMK)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/06

NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Please take notice that Daniel B. Scotti, an attorney at Milberg Weiss Bershad & Schulman LLP, hereby withdraws as counsel for Lead Plaintiffs JAKKS Pacific, Inc. and the Class. Milberg Weiss Bershad & Schulman LLP, through its attorney Kirk Chapman (who is filing his notice of appearance contemporaneously herewith), continues to serve as Co-Lead Counsel for the Lead Plaintiffs and the Class. Please direct all future correspondence and papers in this action to Kirk Chapman.

DATED:    July 21, 2006

MILBERG WEISS BERSHAD &
SCHULMAN LLP

By: _____
Daniel B. Scotti (DS-4139)
Kirk Chapman (KC-7371)
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300

*Attorneys for Lead Plaintiffs JAKKS
Pacific, Inc. and the Class*

SO ORDERED:

_____
U.S.D.J.
8/11/..