UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/06

IN RE Jakks Pacific, Inc. Shareholders Class Action

Case No. 04-CV-8807 (KMK)

AMENDED ORDER*

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 2:15pm on December 1, 2006* in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

_____
Kenneth M. Karas
United States District Judge

Dated: August 8, 2006
New York, New York