UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/06

IN RE Jakks Pacific, Inc. Shareholders Class Action

Case No. 04-CV-8807 (KMK)

AMENDED ORDER*
Time change Only

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at **10:30am on November 30, 2006*** in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Kenneth M. Karas
United States District Judge

Dated: October 30, 2006
       New York, New York