UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | | |
|---|---|---|
| | x | |
| In re JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | : : : | Civil Action No. 04-CV-8807 (KMK) |
| | | **ELECTRONICALLY FILED** |
| | : | |
| This Document Relates To: | : : : | CLASS ACTION |
| ALL ACTIONS. | : : : | |
| | x | |

NOTICE OF FIRM NAME CHANGE

TO:    THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same.  Please update your

records accordingly.

DATED:  October 3, 2007                          LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
                                                 SAMUEL H. RUDMAN (SR-7957)
                                                 DAVID A. ROSENFELD (DR-7564)
                                                 MARK S. REICH (MR-4166)


                                                         /s/ Samuel H. Rudman
                                                 SAMUEL H. RUDMAN

                                                 58 South Service Road, Suite 200
                                                 Melville, NY  11747
                                                 Telephone:  631/367-7100
                                                 631/367-1173 (fax)

                                                 Co-Lead Counsel for Plaintiffs

- 1 -

**CERTIFICATE OF SERVICE**

I, Samuel H. Rudman, hereby certify that on October 3, 2007, I caused a true and correct

copy of the attached:

Notice of Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by

first-class mail to all additional counsel on the attached service list.


<u>/s/ Samuel H. Rudman</u>
SAMUEL H. RUDMAN

JAKKS PACIFIC (LEAD)
Service List - 6/6/2007      (04-0446)
Page 1 of  1

## Counsel For Defendant(s)

Murray L. Skala
Jonathan D. Honig
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass
& Rhine LLP
750 Lexington Avenue
New York, NY  10022
    212/888-8200
    212/888-5968 (Fax)

Isaac S. Greaney
Sidley Austin LLP
787 7th Avenue, 22nd Floor
New York, NY  10019
    212/839-5300
    212/839-5599 (Fax)

Michael H. Gruenglas
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
    212/735-3000
    212/735-2000 (Fax)

John R. Williams
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
    203/562-9931
    203/776-9494 (Fax)

## Counsel For Plaintiff(s)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
    631/367-7100
    631/367-1173 (Fax)

Kirk E. Chapman
Milberg Weiss & Bershad LLP
One Pennsylvania Plaza
New York, NY  10119
    212/594-5300
    212/868-1229 (Fax)