UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK)<br><br>ECF CASE - Electronically Filed |

## NOTICE OF APPEARANCE

TO:  The Clerk of Court and All Parties of Record:

    Please enter my appearance as counsel for Lead Plaintiffs Kenneth J. Tucker, Tonia R. Tucker-Kraus, Michael Kraus (the "Tucker Group") and Indiana Electrical Workers Pension Trust Fund IBEW and the Class in this case.

    I certify that I am admitted to practice in this Court.

DATE:  February 11, 2008

**MILBERG WEISS LLP**

s/ Matthew A. Kupillas
Matthew A. Kupillas (MK-6428)
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 946-9377
Facsimile: (212) 868-1229
Email:  mkupillas@milbergweiss.com

*Attorneys for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Matthew A. Kupillas, hereby certify that on February 11, 2008, I caused a true and correct copy of the attached NOTICE OF APPEARANCE to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

s/ Matthew A. Kupillas
Matthew A. Kupillas (MK-6428)
Attorney for Lead Plaintiffs and the Class
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone: (212) 946-9377
Facsimile: (212) 868-1229
Email:  mkupillas@milbergweiss.com

## **IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION**

## **SERVICE LIST**

**Plaintiffs' Counsel**

Kirk E. Chapman
Matthew A. Kupillas
**Milberg Weiss LLP**
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

Samuel H. Rudman
David A. Rosenfeld
**Coughlin Stoia Geller Rudman & Robbins LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

**Defendants' Counsel**

Isaac S. Greaney
**Sidley Austin LLP**
787 7th Avenue, 22nd Floor
New York, NY 10019
Tel.: (212) 906-2000
Fax: (212) 839-5599

Michael H. Gruenglas
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000

John R. Williams
**Williams & Pattis, LLC**
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

Murray L. Skala
Jonathan D. Honig
**Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP**
750 Lexington Avenue
New York, NY  10022
Tel. (212) 888-8200
Fax: (212) 888-5968

426123v1