UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re JAKKS PACIFIC INC., SHAREHOLDER CLASS ACTION LITIGATION | No. 04 Civ. 8807 (RJS) <u>ORDER</u> |

RICHARD J. SULLIVAN, District Judge:

By Order dated January 25, 2008, the Honorable Kenneth M. Karas dismissed without prejudice the "Consolidated Amended Complaint" filed by plaintiffs in the above-entitled action, and granted plaintiffs thirty days from the date of the Order to seek leave to file a second amended complaint.[1] (*See* Jan. 25, 2008 Opinion & Order at 42.) On February 25, 2008, plaintiffs submitted a timely motion for leave to file a second amended complaint. By letter dated March 10, 2008, defendants indicated that they "are not opposing plaintiffs' motion for leave to amend," but that they anticipate filing a motion to dismiss the second amended complaint. (Defs.' March 10, 2008 Ltr.)

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion for leave to file a second amended complaint is GRANTED pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs shall file the second amended complaint forthwith.

The Clerk of the Court shall terminate the motion docketed as document number 91.

SO ORDERED.

Dated:   New York, New York
         ~~March 1 2, 2008~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] The case was reassigned to the undersigned on March 3, 2008.