UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK)<br><br>ECF CASE - Electronically Filed |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:  The Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP.  The e-mail addresses of the firm's attorneys have changed, as reflected below.  The office address, telephone and facsimile numbers remain the same.

DATE:  March 24, 2008

                                                  **MILBERG LLP**

                                                  s/ Matthew A. Kupillas
                                                  Kirk E. Chapman (KC-7371)
                                                  Matthew A. Kupillas (MK-6428)
                                                  Todd Kammerman (TK-0601)
                                                  One Pennsylvania Plaza
                                                  New York, NY  10119-0165
                                                  Telephone: (212) 946-9377
                                                  Facsimile: (212) 868-1229
                                                  Email: kchapman@milberg.com
                                                                      mkupillas@milberg.com
                                                                      tkammerman@milberg.com

                                                  *Attorneys for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

       I, Matthew A. Kupillas, hereby certify that on March 24, 2008, I caused a true and correct copy of the attached NOTICE OF LAW FIRM NAME CHANGE to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                            s/ Matthew A. Kupillas
                                            Matthew A. Kupillas (MK-6428)
                                            Attorney for Lead Plaintiffs and the Class
                                            MILBERG LLP
                                            One Pennsylvania Plaza
                                            New York, NY  10119-0165
                                            Telephone: (212) 946-9377
                                            Facsimile: (212) 868-1229
                                            Email:  mkupillas@milberg.com

## IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION

## SERVICE LIST

**Plaintiffs' Counsel**

| | |
|---|---|
| Kirk E. Chapman<br>Matthew A. Kupillas<br>Todd Kammerman<br>**Milberg LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Fax: (212) 868-1229 | Samuel H. Rudman<br>David A. Rosenfeld<br>**Coughlin Stoia Geller Rudman &**<br>**Robbins LLP**<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Tel: (631) 367-7100<br>Fax: (631) 367-1173 |

**Defendants' Counsel**

| | |
|---|---|
| Isaac S. Greaney<br>**Sidley Austin LLP**<br>787 7th Avenue, 22nd Floor<br>New York, NY 10019<br>Tel.: (212) 906-2000<br>Fax: (212) 839-5599 | Michael H. Gruenglas<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>Four Times Square<br>New York, NY 10036<br>Tel.: (212) 735-3000<br>Fax: (212) 735-2000 |
| John R. Williams<br>**Williams & Pattis, LLC**<br>51 Elm Street, Suite 409<br>New Haven, CT  06510<br>Tel.: (203) 562-9931<br>Fax: (203) 776-9494 | Murray L. Skala<br>Jonathan D. Honig<br>**Feder, Kaszovitz, Isaacson, Weber, Skala,**<br>**Bass & Rhine, LLP**<br>750 Lexington Avenue<br>New York, NY  10022<br>Tel. (212) 888-8200<br>Fax: (212) 888-5968 |

426193v1