UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/08

| | |
|---|---|
| In re JAKKS PACIFIC INC., SHAREHOLDER CLASS ACTION LITIGATION | No. 04 Civ. 8807 (RJS) ORDER |

RICHARD J. SULLIVAN, District Judge:

By letter dated March 28, 2008, defendants in the above-entitled action request a pre-motion conference in anticipation of filing a motion to dismiss the Second Consolidated Amended Complaint.

IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference before the Court on _April 18, 2008 at 11:30AM_, in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, within one week of the date of this Order, plaintiffs shall submit a letter, not to exceed three (3) pages, explaining why plaintiffs anticipate defendants' proposed motion is likely to fail.

SO ORDERED.

Dated:   New York, New York
         March 31, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE