UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION : : : : : : | Civil Action No. 04-CV-8807 (KMK) <br><br> **ELECTRONICALLY FILED** <br><br> CLASS ACTION |
| This Document Relates To: <br><br>     ALL ACTIONS. : : : : | |

## NOTICE OF APPEARANCE

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Lead Plaintiffs Indiana Electrical Workers Pension Trust Fund IBEW and Kenneth J. Tucker, Tonia R. Tucker-Kraus, Michael Kraus (the "Tucker Group") and the Class in this action.

I certify that I am admitted to practice in this Court.

DATED:  April 25, 2008             COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP


                                          */s/ Mark S. Reich*
                                         MARK S. REICH

                                    58 South Service Road, Suite 200
                                    Melville, NY 11747
                                    Telephone: 631/367-7100
                                    631/367-1173 (fax)
                                    Email: mreich@csgrr.com

                                    *Attorneys for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Mark S. Reich, hereby certify that on April 25, 2008, I caused a true and correct copy of the attached Notice of Appearance to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

/s/ *Mark S. Reich*
Mark S. Reich

JAKKS PACIFIC (LEAD)
Service List - 4/24/2008    (04-0446)
Page 1 of 1

**Counsel For Defendant(s)**

Murray L. Skala
Jonathan D. Honig
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP
750 Lexington Avenue
New York, NY  10022
   212/888-8200
   212/888-5968 (Fax)

Michael H. Gruenglas
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
   212/735-3000
   212/735-2000 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Mark S. Reich
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Kirk E. Chapman
Matthew A. Kupillas
Todd Kammerman
Milberg LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229 (Fax)