UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| IN RE JAKKS PACIFIC, INC. SHAREHOLDERS CLASS ACTION LITIGATION | : | Civil Action No. 04-CV-8807 (RJS) |
| | : | Electronically Filed |
| | : | |
| | : | |

-----------------------------------------------------------x

## NOTICE OF MOTION

        PLEASE TAKE NOTICE that, pursuant to the Court's order dated April 21, 2008, and upon the accompanying Memorandum of Law, the Declaration of Robert A. Fumerton dated June 5, 2008, and the exhibits annexed thereto, Defendants Jakks Pacific Inc., Jack Friedman, Steven G. Berman and Joel M. Bennett, by their attorneys Skadden, Arps, Slate, Meagher & Flom LLP, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, dismissing the Second Consolidated Amended Complaint with prejudice in its entirety, and for such further relief as the Court may deem to be just and proper.

Dated:  New York, New York
        June 5, 2008

2

| FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| Murray L. Skala (MS 9354)<br>Jonathan D. Honig (JH 7577)<br>750 Lexington Avenue<br>New York, New York 10022<br>Phone: (212) 888-8200 | By: /s/ Jonathan J. Lerner<br>Jonathan J. Lerner (JL 7117)<br>Michael H. Gruenglas (MG 8705)<br>Maura B. Grinalds (MG 2836)<br>Robert A. Fumerton (RF-3556)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>Attorneys for Defendants |

To: Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman
& Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100

Kirk E. Chapman
Matthew A. Kupillas
Todd Kammerman
Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on June 5, 2008, I caused a true copy of the

- *Notice Of Motion,*
- *Declaration of Robert A. Fumerton* and
- *Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Consolidated Complaint*

to be served upon the following party as indicated:

By Federal Express, overnight delivery:

Richard A. Maniskas, Esq.
Marc A. Topaz, Esq.
Schiffrin & Barroway, L.L.P.
Three Bala Plaza East
Bala Cynwyd, PA 19004

Gerald L Rutledge, Esq.
Alfred G. Yates, Esq.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219


Dated: New York, New York
       June 5, 2008

*(signature)*
Steven Ray Katzenstein